IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRY WAYNE ANDERSON,    )<br>                          )<br>     Plaintiff,         )<br>                          )<br>     v.                   )<br>                          )<br>ALABAMA BOARD OF PARDONS  )<br>AND PAROLES, et al.,      )<br>                          )<br>     Defendants.          ) | CIVIL ACTION NO.<br>   2:15cv241-MHT<br>        (WO) |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, brings suit against defendants, contending that the 2013 decision of the Alabama Board of Pardons and Paroles to deny him another parole hearing for more than three years violated the Ex Post Facto Clause. This cause is now before the court on the recommendation of the magistrate judge that this case be dismissed. Also before the court are plaintiff's objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the

recommendation should be adopted, except that the dismissal will be without prejudice.

An appropriate judgment will be entered.

DONE, this the 29th day of October, 2015.

                           /s/ Myron H. Thompson
                           **UNITED STATES DISTRICT JUDGE**